**Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00510-CV

**SUSANA V. IZAGUIRRE, Appellant**

**V.**

**FIDENCIO ALVAREZ AND MARIA I. CHAVEZ, Appellees**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-30420**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 14, 2012. The clerk's record was filed August 8, 2012. No reporter's record was filed. No brief was filed.

On August 28 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before September 27, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.